IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:14-CR-48-4 |
| | ) | |
| ELIAS LARA ZUNIGA, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The Recommendation of the United States Magistrate Judge was filed in accordance with 28 U.S.C. § 636(b) and, on July 9, 2015, was served on the parties in this action. No objections were filed. The Court hereby adopts the Magistrate Judge's Recommendation.

It is **ORDERED** that the defendant's motion for downward departure, (Doc. 117), is **DENIED**.

This the 5th day of August, 2015.

_____
UNITED STATES DISTRICT JUDGE